UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X

In re:                                                          Chapter 11

AABS 1200 LLC                                          Case No.:  16-43204 (NHL)

                Debtor.
-------------------------------------X

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

        Joel M. Shafferman, certifies that:

        1.        I am not a party to the action, am over 18 years of age and reside in New York, New York.

        2.        On the 26th day of July, 2016 I served a copy a summons and involuntary petition by first class mail at the addresses listed on the attached service list.

New York, New York
July 26, 2016                /S/ Joel M. Shafferman
                              Joel M. Shafferman

# **SERVICE LIST**

Managing Member
AABS 1200 LLC
4415-13th Avenue
Brooklyn, NY 11219


Jacob Birnbaum
20 Rutledge Street
Brooklyn, NY 11249


Abraham Sofer
88 Division Avenue,
Brooklyn, NY 11211


Shabsi Pfeiffer
1157-47th Street
Brooklyn, NY 11219


Joseph Inzlicht
1049-42nd Street
Brooklyn, NY 11219

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014