# EXHIBIT A

8197/2015 Order dated August 3, 2016 nsp

Page 1 of 1

KINGS FILED COUNTY CLERK
2016 AUG -4 AM 3:28

At an I.A.S. Trial Term, Part 70 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 3rd day of August 2016

P R E S E N T :
Hon. Toussaint
_____
Justice

Jacob Birnbaum, Abraham Sofer and AABS 1200 LLC       Plaintiff(s)

Cal. No. 5
Index No. 8197/2015

- against -

Samuel Pfeiffer       Defendant(s)

| The following papers numbered 1 to read on this motion | Papers Numbered |
|---|---|
| Notice of Motion - Order to Show Cause and Affidavits (Affirmations) Annexed | |
| Answering Affidavit (Affirmation) | |
| Reply Affidavit (Affirmation) | |
| _____ Affidavit (Affirmation) | |
| Pleadings - Exhibits | |
| Stipulations - Minutes | |
| Filed Papers | |

In light of an involuntary Bankruptcy action brought against AABS 1200, LLC, this Court is stayed from proceeding in this matter. A control date of October 26, 2016 is issued for hearing or until leave is given by the Bankruptcy Court to proceed. If leave is given by the Bankruptcy Court prior to the control date, Counsel may request an earlier hearing date.

For Clerks use only
MG___
MD___
Motion Seq. # 006

E N T E R
_____
J.S.C.
HON. WAVNY TOUSSAINT

EJV-rev 11-04

Printed: 8/12/2016